In the Matter of the Application of THE BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Acting for and on Behalf of the City of New York, Pursuant to Chapter 4 of the Laws of 1891 and Several Statutes Amendatory Thereof and Supplemental Thereto, Relative to Acquiring Certain Estates in Fee Simple Absolute, Free from All Liens and Incumbrances, Certain Permanent, Perpetual and Exclusive Underground, Surface and Overhead Rights and Easements and Rights of Way, and Certain Temporary and Exclusive Rights and Easements for the Construction, Maintenance and Operation of a Portion of a Municipal Rapid Transit Railroad in, through, under, on and over Certain Real Property Located on Broadway, from Thirty-seventh Street to Seventy-ninth Street, in the Borough of Queens, City of New York. CHAMBERLAIN OF THE CITY OF NEW YORK, COMPTROLLER OF THE CITY OF NEW YORK, and CITY OF NEW YORK, Appellants, and CORTLAND REALTY COMPANY OF NEW YORK, Respondent.— Order amending final decree in condemnation proceedings to include in the award the name of Cortland Realty Company of New York as owner of damage parcel No. 8 in lieu of unknown owner on the ground that the award to the unknown owner was made by mistake or inadvertence affirmed, with ten dollars costs and disbursements. (See *S. J. E. Bldg. Corp.* v. *M. O. M. Construction Co.*, 265 N. Y. 282.) Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

and Supplemental Thereto Relative to Acquiring for the Construction, Maintenance and Operation of a Municipal Rapid Transit Railroad, Certain Real Property and Rights and Easements, in, through, under, on and over Certain Real Property Situated on Schermerhorn Street between Bond Street and Third Avenue; Lafayette Avenue between Flatbush Avenue and St. Felix Street and at Southwesterly Corner of Fulton Street and Ashland Place, in the Borough of Brooklyn, City of New York, Proceeding No. 4, Route No. 107, Section No. 6. FLORA MacN. CRANFORD, Appellant; THE CITY OF NEW YORK, Respondent.— Decree reversed on the law and a new trial granted, with costs to appellant to abide the event, unless within ten days from service of a copy of the order hereon respondent stipulate that the amount of the award be increased by $7,500; if respondent so stipulate, the decree, as thus modified, is unanimously affirmed, in so far as an appeal is taken therefrom, with costs of appeal to appellant. Such sum is awarded for lessened value due to the requirement that building operations are subject to the approval of the chief engineer of the board of transportation of the city of New York, as indicated by memorandum of the board of transportation of the city of New York, attached to the petition herein, under paragraph beginning with the words: " For better assurance of safety for the rapid transit railroad structure." The item for damages alleged to be sustained by reason of additional expense for foundations in the event of the erection of a twelve-story structure, was properly disallowed, as the proposal for such a structure was based upon speculation and conjecture. Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ., concur.